AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:20-cv-05221-BHS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Novartis Pharmaceuticals Corporation
was received by me on *(date)* 5/7/2020 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Johnnie Myers, Litigation Management Representative who is designated by law to accept service of process on behalf of *(name of organization)* Novartis Pharmaceuticals Corporation @ 100 Charles Ewing Blvd, Suite 160, Ewing, NJ 08628 on *(date)* 5/8/2020 @ 2:03 PM ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/12/2020

*Server's signature*

Ted Cordasco / Process Server

*Printed name and title*
Certified Process Service LLC
555 Grand Avenue # 77251
West Trenton, NJ 08628

*Server's address*

Additional information regarding attempted service, etc:
Documents Served: Summons In A Civil Action, Complaint, Uniform Trial Practices & Procedures

Service Address:
Registered Agent, Corporation Service Company
Princeton South Corporate Center
100 Charles Ewing Blvd, Suite 160, Ewing, NJ 08628

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

Bruce Becker

Plaintiff(s)

v.

Novartis Pharmaceuticals Corporation

Defendant(s)

Civil Action No. 3:20-cv-05221-BHS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Novartis Pharmaceuticals Corporation
1 S Ridgedale Avenue  c/o Corporation Service Company
East Hanover, New Jersey 07936

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brad J. Moore
Stritmatter Kessler Koehler Moore
3600 15th Avenue W, Suite 300
Seattle, WA 98119

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 03/11/2020

*Signature of Clerk or Deputy*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | | |
|---|---|---|
| Bruce Becker | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 3:20-cv-05221-BHS |
| Novartis Pharmaceuticals Corporation | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Novartis Pharmaceuticals Corporation
1 S Ridgedale Avenue
East Hanover, New Jersey 07936

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Brad J. Moore
Stritmatter Kessler Koehler Moore
3600 15th Avenue W, Suite 300
Seattle, WA 98119

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 03/11/2020

*Signature of Clerk or Deputy*