

**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK
U.S. COURTHOUSE, LOBBY LEVEL
700 STEWART STREET
SEATTLE, WASHINGTON 98101
(206) 370-8400

**WILLIAM M. MCCOOL**
**District Court Executive**
Clerk of Court

**LORI LANDIS**
**Chief Deputy Clerk**

# INSTRUCTIONS FOR COMPLETION OF
# APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to LCR 83.1(d) – Permission to Participate in a Particular Case

PDF Reader such as Adobe Acrobat or similar software is required for filing.

Pro Hac Vice Attorney Applicant:

- Obtain local counsel (see local counsel requirements below).

- Complete the applicant portion of the Application for Leave to Appear Pro Hac Vice, which includes the Electronic Case Filing (ECF) Agreement and agree that said applicant knows and will comply with all applicable local rules, which includes knowing that local counsel must sign all filings.

- Upon completion of Pro Hac Vice applicant's portion, route to local counsel who completes the Statement of Local Counsel section of the application, electronically files the completed Application for Leave to Appear Pro Hac Vice and pays the $231 fee.

- Register for access to the Western District of Washington through pacer.gov as directed on the Pro Hac Vice page (see Pro Hac Vice Application Guide).

- Note: A Certificate of Good Standing is not required for Pro Hac Vice appearance in the Western District of Washington.

Local Counsel:

- Must be admitted to practice before this Court.

- Have a physical office within the geographical boundaries of the Western District of Washington.

- Be a party to the case or have filed a Notice of Appearance in the same case as the Pro Hac Vice applicant wants to represent.

- Complete the Statement of Local Counsel, which includes the condition that local counsel will agree to sign all filings and be prepared to handle the matter, including the trial, in the event the applicant is unable to be present on any date scheduled by the court, pursuant to LCR 83.1(d).

- Electronically file the completed application (either Civil or Criminal), under **Other Documents**, then select **Application for Leave to Appear Pro Hac Vice**. The system will prompt you to attach the saved PDF and pay the required $231 fee on-line via Pay.gov, using a debit or credit card. Complete the pay.gov screens and follow all prompts until the Application for Leave to Appear Pro Hac Vice is filed, and confirmation is received.

The Court:

- The court will review applications and upon approval docket an Order in the case.

Questions regarding Pro Hac Vice applications:

Dana Scarp 206-370-8862
WAWD_Admissions@wawd.uscourts.gov.

Questions regarding Electronic Case Filing (ECF)

ECF Help Desk 1-866-323-9293



United States District Court
Western District of Washington

Plaintiff(s)

V.

Defendant(s)

Case Number: _____

APPLICATION FOR LEAVE TO APPEAR
PRO HAC VICE

Pursuant to LCR 83.1(d) of the United States District Court for the Western District of Washington, _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

The particular need for my appearance and participation is:

I, _____ understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: _____          Signature of Applicant:  s/ _____

**Pro Hac Vice Attorney**

Applicant's Name: _____

Law Firm Name: _____

Street Address 1: _____

Address Line 2: _____

City: _____ State: _____ Zip: _____

Phone Number w/ Area Code _____ Bar # _____ State _____

Primary E-mail Address: _____

*(Primary E-Mail address must be for the Pro Hac attorney and not any subordinate or staff member)*

Secondary E-mail Address: _____

## STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant _____ is unable to be present upon any date assigned by the court.

Date: _____ Signature of Local Counsel: s/ _____

Local Counsel's Name: _____

Law Firm Name: _____

Street Address 1: _____

Address Line 2: _____

City: _____ State: _____ Zip: _____

Phone Number w/ Area Code _____ Bar # _____



# Electronic Case Filing Agreement

By submitting this form, the undersigned understands and agrees to the following:

1. The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

2. The PACER password combined with your login, serves as your signature under Federal Rule of Civil Procedure 11 and 5(d)(3)(C). Therefore, you are responsible for protecting and securing this password against unauthorized use.

3. If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the court. Court staff will assess the risk and advise accordingly.

4. By signing this Registration Form, **you consent to receive notice electronically and waive your right to receive notice by personal service or first-class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), except with regard to service of a complaint and summons.** This provision does include electronic notice of the entry of an order or judgment.

5. You will continue to access court information via the Western District of Washington's internet site or through the Public Access to Court Electronic Records (PACER) system. After January 27,2020, a PACER login and password, will be required to electronically file. You can register for PACER access at their web site: www.pacer.gov.

6. By completion of this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

Date Signed_____ Signature s/_____

*(Pro Hac Vice applicant name)*